

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark C. Boon | Civil Action No.   12-CV-3081-H-WMC |
| Plaintiff, | |
| V. | |
| Professional Collection Consultants | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Professional Collection Consultant's motion for summary judgment on all claims contained in Mark C. Boon's third amended complaint. As a result, the Court denies as moot Professional Collection Consultant's motion to strike.

| | |
|---|---|
| **Date:**      2/3/14 | **CLERK OF COURT**<br>**JOHN MORRILL, Acting Clerk of Court**<br>By:  s/  A. Garcia<br>                                                A. Garcia, Deputy |